JULIA E. HARRIS, Respondent, v. ROCHESTER TIMES-UNION, INCORPORATED, Appellant, Impleaded with Others, Defendants.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur.. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRED H. HARRIS, Respondent, v. ROCHESTER TIMES-UNION, INCORPORATED, Appellant, Impleaded with Others, Defendants.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the

sum of $300 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.